AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Plaintiff __Darrell R. Cooper__

V.

Defendant __Department of Justice,__
__Bureau of Prisons,__
__Haley, Lappin, et al,__
__David L. Winn, et al,__
__Warden.__

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **04-40141**

FILED
2004 JUL 19 P 4:20
DISTRICT COURT
DISTRICT OF MASS

I, __Darrell R. Cooper__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FMC Devens__

   Are you employed at the institution? __yes__    Do you receive any payment from the __$16 per month__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                             ☐ Yes    ☑ No
   f. Any other sources                                 ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

From _Assistance with transition_ [illegible]

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   $50.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   _Tyrann Cooper - 5 yrs old_
   _[illegible] Cooper - 3 yrs old_

   _[illegible]_

I declare under penalty of perjury that the above information is true and correct.

_____     _____
Date                                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Statement



| Inmate Reg #: | 23846050 | Current Institution: | Devens FMC |
| Inmate Name: | COOPER, DARNELL | Housing Unit: | J UNIT |
| Report Date: | 07/12/2004 | Living Quarters: | J02-213U |
| Report Time: | 3:23:18 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Reciept# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 4/1/2004 5:43:50 AM | TX040104 | | | Transfer - In from TRUFACS | $109.08 | | $109.08 |
| DEV | 4/2/2004 10:37:21 AM | TX040204 | | | Transfer - In from TRUFACS | $113.60 | | $222.68 |
| DEV | 4/5/2004 1:39:08 PM | 54 | | | Sales | $(49.95) | | $172.73 |
| DEV | 4/5/2004 1:40:33 PM | 55 | | | Sales | $(4.45) | | $168.28 |
| DEV | 4/16/2004 11:59:52 AM | 47 | | | Sales | $(27.95) | | $140.33 |
| DEV | 4/21/2004 5:43:46 PM | ITS0421 | | | ITS Withdrawal | $(1.00) | | $139.33 |
| DEV | 4/22/2004 11:56:33 AM | 18 | | | Sales | $(24.50) | | $114.83 |
| DEV | 4/22/2004 7:46:10 PM | ITS0422 | | | ITS Withdrawal | $(1.00) | | $113.83 |
| DEV | 4/22/2004 8:22:07 PM | ITS0422 | | | ITS Withdrawal | $(2.00) | | $111.83 |
| DEV | 4/24/2004 3:20:56 PM | ITS0424 | | | ITS Withdrawal | $(2.00) | | $109.83 |
| DEV | 4/26/2004 9:33:03 PM | ITS0426 | | | ITS Withdrawal | $(1.00) | | $108.83 |
| DEV | 4/28/2004 4:31:12 PM | ITS0428 | | | ITS Withdrawal | $(2.00) | | $106.83 |
| DEV | 4/29/2004 4:40:06 PM | ITS0429 | | | ITS Withdrawal | $(3.00) | | $103.83 |
| DEV | 5/2/2004 3:06:26 PM | ITS0502 | | | ITS Withdrawal | $(1.00) | | $102.83 |
| DEV | 5/3/2004 4:40:59 PM | ITS0503 | | | ITS Withdrawal | $(3.00) | | $99.83 |
| DEV | 5/4/2004 9:28:14 PM | ITS0504 | | | ITS Withdrawal | $(3.00) | | $96.83 |
| DEV | 5/5/2004 9:39:51 AM | 4JV082 | | | Payroll - IPP | $7.56 | | $104.39 |
| DEV | 5/5/2004 5:46:14 PM | ITS0505 | | | ITS Withdrawal | $(2.00) | | $102.39 |
| DEV | 5/5/2004 9:34:10 PM | ITS0505 | | | ITS Withdrawal | $(4.00) | | $98.39 |
| DEV | 5/6/2004 6:43:44 PM | 89 | | | Sales | $(4.65) | | $93.74 |
| DEV | 5/7/2004 6:37:16 PM | ITS0507 | | | ITS Withdrawal | $(3.00) | | $90.74 |
| DEV | 5/9/2004 11:52:11 AM | ITS0509 | | | ITS Withdrawal | $(3.00) | | $87.74 |
| DEV | 5/11/2004 11:05:59 PM | ITS0511 | | | ITS Withdrawal | $(3.00) | | $84.74 |
| DEV | 5/13/2004 1:57:51 PM | 14613 | | 1089826 | Local Collections | $50.00 | | $134.74 |
| DEV | 5/13/2004 5:32:02 PM | 113 | | | Sales | $0.00 | | $134.74 |
| DEV | 5/13/2004 5:38:23 PM | 24 | | | Sales | $(2.90) | | $131.84 |
| DEV | 5/13/2004 6:53:55 PM | ITS0513 | | | ITS Withdrawal | $(1.00) | | $130.84 |
| DEV | 5/14/2004 7:24:57 PM | ITS0514 | | | ITS Withdrawal | $(3.00) | | $127.84 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 5/16/2004 6:25:41 PM | ITS0516 | | ITS Withdrawal | $(3.00) | $124.84 |
| DEV | 5/19/2004 4:44:11 PM | ITS0519 | | ITS Withdrawal | $(4.00) | $120.84 |
| DEV | 5/19/2004 11:01:17 PM | ITS0519 | | ITS Withdrawal | $(1.00) | $119.84 |
| DEV | 5/20/2004 12:06:25 PM | 37 | | Sales | $(22.10) | $97.74 |
| DEV | 5/20/2004 4:42:52 PM | ITS0520 | | ITS Withdrawal | $(1.00) | $96.74 |
| DEV | 5/22/2004 4:59:35 PM | ITS0522 | | ITS Withdrawal | $(3.00) | $93.74 |
| DEV | 5/24/2004 10:01:17 PM | ITS0524 | | ITS Withdrawal | $(3.00) | $90.74 |
| DEV | 5/26/2004 4:46:36 PM | ITS0526 | | ITS Withdrawal | $(2.00) | $88.74 |
| DEV | 5/29/2004 5:05:05 PM | ITS0529 | | ITS Withdrawal | $(2.00) | $86.74 |
| DEV | 6/1/2004 5:09:42 PM | ITS0601 | | ITS Withdrawal | $(3.00) | $83.74 |
| DEV | 6/1/2004 9:29:38 PM | ITS0601 | | ITS Withdrawal | $(3.00) | $80.74 |
| DEV | 6/2/2004 4:56:04 PM | ITS0602 | | ITS Withdrawal | $(5.00) | $75.74 |
| DEV | 6/5/2004 10:14:32 PM | ITS0605 | | ITS Withdrawal | $(3.00) | $72.74 |
| DEV | 6/7/2004 8:13:23 AM | 4JV102 | | Payroll - IPP | $3.96 | $76.70 |
| DEV | 6/7/2004 4:44:27 PM | ITS0607 | | ITS Withdrawal | $(3.00) | $73.70 |
| DEV | 6/7/2004 8:43:12 PM | ITS0607 | | ITS Withdrawal | $(3.00) | $70.70 |
| DEV | 6/9/2004 11:14:38 PM | ITS0609 | | ITS Withdrawal | $(2.00) | $68.70 |
| DEV | 6/10/2004 12:18:04 PM | 45 | | Sales | $(8.80) | $59.90 |
| DEV | 6/11/2004 4:42:47 PM | ITS0611 | | ITS Withdrawal | $(2.00) | $57.90 |
| DEV | 6/13/2004 2:54:29 PM | ITS0613 | | ITS Withdrawal | $(3.00) | $54.90 |
| DEV | 6/14/2004 2:19:44 PM | 16481 | 1089835 | Local Collections | $100.00 | $154.90 |
| DEV | 6/14/2004 5:04:05 PM | ITS0614 | | ITS Withdrawal | $(3.00) | $151.90 |
| DEV | 6/16/2004 5:03:02 PM | ITS0616 | | ITS Withdrawal | $(3.00) | $148.90 |
| DEV | 6/17/2004 5:59:17 PM | 78 | | Sales | $(56.45) | $92.45 |
| DEV | 6/17/2004 10:57:28 PM | ITS0617 | | ITS Withdrawal | $(2.00) | $90.45 |
| DEV | 6/18/2004 4:40:48 PM | ITS0618 | | ITS Withdrawal | $(3.00) | $87.45 |
| DEV | 6/20/2004 2:36:44 PM | ITS0620 | | ITS Withdrawal | $(3.00) | $84.45 |
| DEV | 6/20/2004 4:53:03 PM | ITS0620 | | ITS Withdrawal | $(3.00) | $81.45 |
| DEV | 6/23/2004 4:31:22 PM | ITS0623 | | ITS Withdrawal | $(3.00) | $78.45 |
| DEV | 6/24/2004 4:43:58 PM | ITS0624 | | ITS Withdrawal | $(3.00) | $75.45 |
| DEV | 6/26/2004 2:33:48 PM | ITS0626 | | ITS Withdrawal | $(3.00) | $72.45 |
| DEV | 6/28/2004 10:29:52 PM | ITS0628 | | ITS Withdrawal | $(2.00) | $70.45 |
| DEV | 7/1/2004 4:35:40 PM | ITS0701 | | ITS Withdrawal | $(5.00) | $65.45 |
| DEV | 7/2/2004 | ITS0702 | | ITS | $(3.00) | $62.45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4:38:13 PM | | | Withdrawal | | |
| DEV | 7/3/2004 12:17:18 PM | ITS0703 | | ITS Withdrawal | $(2.00) | $60.45 |
| DEV | 7/5/2004 7:38:47 PM | ITS0705 | | ITS Withdrawal | $(3.00) | $57.45 |
| DEV | 7/6/2004 8:56:57 AM | 4JV117 | | Payroll - IPP | $7.56 | $65.01 |
| DEV | 7/7/2004 4:32:57 PM | ITS0707 | | ITS Withdrawal | $(3.00) | $62.01 |
| DEV | 7/8/2004 4:43:44 PM | ITS0708 | | ITS Withdrawal | $(2.00) | $60.01 |
| DEV | 7/8/2004 6:15:19 PM | 80 | | Sales | $(21.55) | $38.46 |
| DEV | 7/8/2004 9:26:01 PM | ITS0708 | | ITS Withdrawal | $(3.00) | $35.46 |
| DEV | 7/11/2004 6:04:08 PM | ITS0711 | | ITS Withdrawal | $(3.00) | $32.46 |

Total Transactions: 70

Totals: 32.46    0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $32.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32.46 |
| **Totals:** | **$32.46** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$32.46** |