UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DARNELL R. COOPER</u>,
         Petitioner,

v.

<u>DEPARTMENT OF JUSTICE, et al.</u>,
         Respondents.

CIVIL ACTION

NO.   04-40141-MLW

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐   The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒   The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

    Petitioner has sufficient funds to pay the $5 filing fee.

☒   It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice.


    8/21/04                   s/ Mark L. Wolf
DATE                          UNITED STATES DISTRICT JUDGE