# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL R. COOPER, | ) |
| Petitioner, | ) Civil Action No. 04-40141-MLW |
| v. | ) |
| DAVID L. WINN, Warden, | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

To the Clerk:

    Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the respondent, David L. Winn, Warden.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ electronic signature
    MARK T. QUINLIVAN
    Assistant United States Attorney
    United States Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    617-748-3606

Dated: September 23, 2004

### CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing Respondent's Motion to Dismiss, by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Darnell R. Cooper
23846-050
FMC - Devens
42 Patton Drive
Ayer, MA 01432

This 23rd day of September 2004.

    /s/ electronic signature
    MARK T. QUINLIVAN
    Assistant United States Attorney