UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL R. COOPER,<br><br>        Petitioner,<br><br>v.<br><br>DAVID L. WINN, Warden,<br><br>        Respondent. | Civil Action No. 04-40141-MLW |

**RESPONDENT'S MOTION TO DISMISS**

Respondent, David L. Winn, Warden, Federal Medical Center, Devens, hereby moves to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. The reasons for the foregoing motion are set forth in the accompanying Memorandum of Law and supporting declarations.

//
//
//
//
//
//
//
//
//
//

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By: /s/ electronic signature
     MARK T. QUINLIVAN
     Assistant United States Attorney
     United States Attorney's Office
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     617-748-3606

Dated: September 23, 2004

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Because Local Rule 7.1(a)(2) requires counsel to confer, and petitioner is proceeding pro se and is incarcerated, counsel has not contacted petitioner for his position on this motion.

          /s/ electronic signature
          MARK T. QUINLIVAN
          Assistant United States Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing Respondent's Motion to Dismiss, by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Darnell R. Cooper
23846-050
FMC - Devens
42 Patton Drive
Ayer, MA 01432

This 23rd day of September 2004.

          /s/ electronic signature
          MARK T. QUINLIVAN
          Assistant United States Attorney