```
REGNO..: 23846-050  NAME: COOPER, DARNELL R
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000    FTS: N/A
                                              RACE/SEX...: BLACK / MALE
FBI NUMBER.: 241042NA7                        DOB/AGE....:         . / 32
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 02-26-2008                       PAR HEAR DT:
--------------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME  STOP  DATE/TIME
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 03-31-2004 0956 CURRENT
5-L    RELEASE     RELEASED FROM IN-TRANSIT FACL 03-31-2004 0956 03-31-2004 0956
5-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-31-2004 0423 03-31-2004 0956
FTD    TRANSFER    TRANSFER                      03-31-2004 0423 03-31-2004 0423
FTD    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-22-2002 1304 03-31-2004 0423
S18    RELEASE     RELEASED FROM IN-TRANSIT FACL 11-22-2002 1304 11-22-2002 1304
S18    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-22-2002 1131 11-22-2002 1304
BRO    HLD REMOVE  HOLDOVER REMOVED              11-22-2002 1131 11-22-2002 1131

G0002        MORE PAGES TO FOLLOW .
```

```
DEVBS                        PUBLIC INFORMATION              *     09-14-2004
PAGE 002                        INMATE DATA                        17:50:08
                              AS OF 09-14-2004
```
Case 4:04-cv-40141-MLW   Document 8-2   Filed 09/23/2004   Page 2 of 7

```
REGNO..: 23846-050  NAME: COOPER, DARNELL R
COMP NO: 010           ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 978-796-1000    FTS: N/A
BRO    A-BOP HLD    HOLDOVER FOR INST TO INST TRF   08-27-2002 1210 11-22-2002 1131
4-D    RELEASE      RELEASED FROM IN-TRANSIT FACL   08-27-2002 1210 08-27-2002 1210
4-D    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL  08-27-2002 0915 08-27-2002 1210
OTV    TRANSFER     TRANSFER                        08-27-2002 0915 08-27-2002 0915
OTV    A-DES        DESIGNATED, AT ASSIGNED FACIL   01-30-2002 1546 08-27-2002 0915
1-R    RELEASE      RELEASED FROM IN-TRANSIT FACL   01-30-2002 1546 01-30-2002 1546
1-R    A-ADMIT      ADMITTED TO AN IN-TRANSIT FACL  01-22-2002 0954 01-30-2002 1546
CNK    ADMIN REL    ADMINISTRATIVE RELEASE          01-22-2002 0954 01-22-2002 0954
CNK    A-ADMIN      ADMINISTRATIVE ADMISSION        01-22-2002 0950 01-22-2002 0954




G0002         MORE PAGES TO FOLLOW
```

Case 4:04-cv-40141-MLW   Document 8-2   Filed 09/23/2004   Page 3 of 7

REGNO..: 23846-050 NAME: COOPER, DARNELL R
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 978-796-1000    FTS: N/A
PRE-RELEASE PREPARATION DATE: 08-26-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT
THE INMATE IS PROJECTED FOR RELEASE:  02-26-2008 VIA GCT REL

                -CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION............: NEW JERSEY
DOCKET NUMBER....................: 2:01-CR-181-02
JUDGE............................: GREENAWAY, JR
DATE SENTENCED/PROBATION IMPOSED: 01-03-2002
DATE COMMITTED...................: 01-30-2002
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

G0002         MORE PAGES TO FOLLOW .

```
REGNO..: 23846-050 NAME: COOPER, DARNELL R
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000     FTS: N/A

                    FELONY ASSESS  MISDMNR ASSESS   FINES              COSTS
NON-COMMITTED.:     $100.00        $00.00           $00.00             $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 CONSPIRACY TO DIST. HEROIN, COUNT 1

    SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    96 MONTHS
    TERM OF SUPERVISION............:     5 YEARS


G0002          MORE PAGES TO FOLLOW
```

```
  DEVBS                    PUBLIC INFORMATION                      09-14-2004
PAGE 005          Case 4:04-cv-40141-MLW   Document 8-2  Filed 09/23/2004   Page 5 of 7  10:50:08
                             INMATE DATA
                           AS OF 09-14-2004
```

```
REGNO..: 23846-050 NAME: COOPER, DARNELL R
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000     FTS: N/A
  CLASS OF OFFENSE................: CLASS B FELONY
  DATE OF OFFENSE.................: 03-09-2001

                -----CURRENT COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-04-2002 AT OTV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-03-2002
TOTAL TERM IN EFFECT............:     96 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      8 YEARS
EARLIEST DATE OF OFFENSE........: 03-09-2001

G0002         MORE PAGES TO FOLLOW .
```

Case 4:04-cv-40141-MLW   Document 8-2   Filed 09/23/2004   Page 6 of 7

REGNO..: 23846-050 NAME: COOPER, DARNELL R
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000     FTS: N/A

JAIL CREDIT......                  FROM DATE      THRU DATE
                                   03-09-2001    01-02-2002

TOTAL PRIOR CREDIT TIME.........: 300
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 376
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 02-26-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 03-08-2009


PROJECTED SATISFACTION DATE.... : 02-26-2008

G0002          MORE PAGES TO FOLLOW

```
 DEVBS            *         PUBLIC INFORMATION        *      09-14-2004
PAGE 007 OF 007 *              INMATE DATA                     10:50:08
                            AS OF 09-14-2004
```
Case 4:04-cv-40141-MLW   Document 8-2   Filed 09/23/2004   Page 7 of 7

```
REGNO..: 23846-050 NAME: COOPER, DARNELL R
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000    FTS: N/A
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE