```
DEVBS  540*23 *          SENTENCE MONITORING              09-14-2004
\GE 001        *          COMPUTATION DATA                10:58:04
                          AS OF 09-14-2004


REGNO..: 23846-050 NAME: COOPER, DARNELL R


FBI NO....     :                     DATE OF
ARS1......     : DEV/A-DES
UNIT......     : H UNIT              QUARTERS.....: H01-120L
DETAINERS.     : NO                  NOTIFICATIONS: NO


PRE-RELEASE PREPARATION DATE: 08-26-2007


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-26-2008 VIA GCT REL

                 ---CURRENT JUDGMENT/WARRANT NO: 010 ---

COURT OF JURISDICTION..........: NEW JERSEY
DOCKET NUMBER..................: 2:01-CR-181-02
JUDGE..........................: GREENAWAY, JR
DATE SENTENCED/PROBATION IMPOSED: 01-03-2002
DATE COMMITTED.................: 01-30-2002
HOW COMMITTED..................: US DISTRICT COU
PROBATION IMPOSED..............: NO

              FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $100.00       $00.00         $00.00         $00.00

                     NO  SERVICES:   NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010
OFFENSE CODE....: 391
OFF/CHG: 21:846 CONSPIRACY TO DIST. HEROIN, COUNT 1

  SENTENCE PROCEDURE............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    96 MONTHS
  TERM OF SUPERVISION...........:     5 YEARS
  CLASS OF OFFENSE..............: CLASS B FELONY
  DATE OF OFFENSE...............: 03-09-2001
```

```
DEVBS  540*23 *           SENTENCE MONITORING              09-14-2
PAGE 002 OF 002 *          COMPUTATION DATA                 10:58:0
                           AS OF 09-14-2004

             E: COOPER, DARNELL R


                 ·CURRENT COMPUTATION NO: 010

COMPUTATION 010 WAS LAST UPDATED ON 02-04-2002 AT OTV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN........ : 01-03-2002
TOTAL TERM IN EFFECT.......... :    96 MONTHS
TOTAL TERM IN EFFECT CONVERTED. :     8 YEARS
EARLIEST DATE OF OFFENSE...... : 03-09-2001

                              FROM DATE    THRU DATE
                              03-09-2001   01-02-2002

TOTAL PRIOR CREDIT TIME.........: 300
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 376
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 02-26-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 03-08-2009


PROJECTED SATISFACTION DATE...  02-26-2008
PROJECTED SATISFACTION METHOD.  GCT REL




S0055    NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```