```
DEVBS  542*22 *              SENTENCE MONITORING              09-14-2004
PAGE 001 OF 001 *              GOOD TIME DATA                  10:58:42
                             AS OF  09-14-2004

REGNO...: 23846-050   NAME: COOPER, DARNELL R
ARS 1...: DEV A-DES                            PLRA
COMPUTATION NUMBER..: 010                FUNC..: PRT   ACT DT:
LAST UPDATED: DATE.: 02-04-2002          FACL..: OTV   CALC: AUTOMATIC
UNIT................: H UNIT             QUARTERS............: H01-120L
DATE COMP BEGINS....: 01-03-2002         COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 300                TOTAL INOP TIME.....: 0
CURRENT REL DT......: 09-27-2008 SAT     EXPIRES FULL TERM DT: 03-08-2009
PROJ SATISFACT DT...: 02-26-2008 TUE     PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                    ACTUAL SATISF METHOD:
DAYS REMAINING......:                    FINAL PUBLC LAW DAYS:

                    -----------------GOOD CONDUCT TIME AMOUNTS-------

    START       STOP      MAX POSSIBLE TO    ACTUAL TOTALS   VESTED    VESTED
    DATE        DATE      DIS      FFT       DIS      FFT    AMOUNT    DATE
    03-09-2001  03-08-2002  54      54
    03-09-2002  03-08-2003  54     108
    03-09-2003  03-08-2004  54     162
    03-09-2004  03-08-2005  54
    03-09-2005  03-08-2006  54
    03-09-2006  03-08-2007  54
    03-09-2007  02-26-2008  52

        TOTAL EARNED AMOUNT...................
        TOTAL EARNED AND PROJECTED AMOUNT.....


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```