```
DEVBS                *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-14-2004
PAGE 001                                                               10:51:49
         FUNCTION: LST SCOPE: REG    EQ 23846-050    OUTPUT FORMAT: SAN
       ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____    THRU _____    DT STS: FROM _____    THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:
SUBJECTS:
EXTENDED: _ REMEDY LEVEL: _____    RECEIPT: _____    "OR" EXTENSION: _____
RCV  OFC : EQ
TRACK: DEPT:
       PERSON:
       TYPE:
EVNT FACL: EQ
RCV FACL.: EQ
RCV UN/LC: EQ
RCV QTR..: EQ
ORIG FACL: EQ
ORG UN/LC: EQ
ORIG QTR.: EQ


G0002        MORE PAGES TO FOLLOW .
```

```
 REMEDY-ID       SUBJ1/SUBJ2    --------------------ABSTRACT--------------------
                 RCV-OFC        RCV-FACL       DATE-RCV          STATUS       STATUS-DATE

 345700-F1       15ZM/
                 DEV            DEV            07-30-2004        REJ          08-03-2004

 345700-F2       15ZM/10ZM      WANTS OUT OF SOMP AND TRANSFER BACK TO FT DIX
                 DEV            DEV            08-10-2004        CLD          08-24-2004

 345700-R1       15ZM/10ZM      WANTS OUT OF SOMP AND TRANSFER BACK TO FT DIX
                 NER            DEV            09-01-2004        ACC          09-01-2004



                       3 REMEDY SUBMISSION(S) SELECTED
 G0000            TRANSACTION SUCCESSFULLY COMPLETED
```