## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNELL R. COOPER, ) | |
| ) | Civil Action No. 04-40141-MLW |
| Petitioner, ) | |
| v. ) | |
| DAVID L. WINN, Warden, ) | |
| Respondent. ) | |

## **DECLARATION OF MARK T. QUINLIVAN**

I, MARK T. QUINLIVAN, do hereby declare and say:

1. I am an Assistant United States Attorney for the District of Massachusetts, and am lead counsel for the respondent in the above-captioned matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Ruling and Order in Webb v. Deboo, No. 3:03CV961 (PCD) (JGM) (D. Ct. Sept. 22, 2004).

3. Attached hereto as Exhibit 2 is a true and correct copy of a Memorandum and Order in Muratella v. Veltri, Civ. No. 04-456-WDS (S.D. Ill. Sept. 2, 2004).

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

                    /s/ electronic signature
                    MARK T. QUINLIVAN

Dated: September 23, 2004