Darnell Cooper # 23346-050
F.C.I - Ray Brook
P.O. Box 900 (unit Delaware-B)
Ray Brook, N.Y. 12977

FILED
IN CLERKS OFFICE
2006 APR 26  A 11: 51
U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Case Name (Darnell R. Cooper v. Winn  Civil # 04-40141-MLW)

    I'm writing to let the court know that I'm no longer at FMC-Devens. I'm now at F.C.I - Ray Brook. So can you please forward all court documents to the new address.

Thank you!!

Darnell Cooper
Darnell Cooper # 23346-050